# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00542-DAD-SAB<br><br>ORDER VACATING ALL DATES AND REQUIRING PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES OR NOTICE OF AGREEMENT RE ATTORNEY'S FEES<br><br>(ECF No. 26)<br><br>THIRTY-DAY DEADLINE |

On October 22, 2018, a notice of acceptance of a Rule 68 offer was filed informing the Court that the parties have reached settlement resolving this action. Plaintiff requested thirty (30) days to file a motion for attorney's fees and costs.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The Plaintiff shall file either a motion for attorney's fees, or a notice that the parties have reached an agreement on attorney's fees and that the case can be closed, within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __October 23, 2018__

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1