UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>    Defendant. | No. 1:17-cv-00542-DAD-SAB<br><br>ORDER ENTERING JUDGMENT AND CLOSING CASE<br><br>(Doc. Nos. 26, 34) |

Pursuant to the proposed judgment filed on May 17, 2019 (Doc. No. 34), it is hereby ordered that:

    1.    Judgment is entered against defendant General Information Services, Inc. and in favor of plaintiff Robert G. Smith in the amount of $240,432.14, calculated as follows:

        a.    Plaintiff is awarded $105,000.00 pursuant to the offer of judgment accepted on October 22, 2018 (Doc. No. 26);

/////
/////
/////
/////

1

        b. Plaintiff is awarded attorneys' fees and costs in the amount of $135,432.14 pursuant to the court's order granting in part plaintiff's motion for attorneys' fees (Doc. No. 33); and

  2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 22, 2019**

                                              UNITED STATES DISTRICT JUDGE